UNITED STATES of America,
Plaintiff–Appellee,

v.

Gonzalo Cesar AGUILAR–MARTINEZ,
Defendant–Appellant.

No. 11–50397.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 17, 2012.*

Filed April 20, 2012.

Bruce R. Castetter, Assistant U.S., Randy K. Jones, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Paul A. Barr, Assistant Federal Public Defender, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

## MEMORANDUM **

Gonzalo Cesar Aguilar–Martinez appeals from the 12–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Aguilar–Martinez contends that the district court procedurally erred by failing to: (i) use the Guidelines range as a starting point for sentencing, (ii) explain adequately the reasons for imposing an above-Guidelines sentence; and (iii) consider the 18 U.S.C. § 3553(a) sentencing factors other than the need to protect the public. The record belies these contentions. The district court determined the correct Guidelines range, listened to Aguilar–Martinez's mitigating arguments, considered the section 3553(a) factors, and sufficiently explained the sentence imposed. See United States v. Carty, 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

Aguilar–Martinez next contends that his sentence is substantively unreasonable. The sentence imposed is substantively reasonable in light of the totality of the circumstances and the sentencing factors set forth in section 3553(a). See Gall v. United States, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.